1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DEBORAH SHEARWATER et al., | ) | Case No.: 14-CV-02830-LHK |
| | ) | |
| Plaintiffs, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DAN ASHE, Director, U.S. Fish and Wildlife | ) | |
| Service; SALLY JEWELL, Secretary, | ) | |
| U.S. Department of the Interior, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs' Attorneys: Eric Glitzenstein and Caitlin Zittkowski
Defendants' Attorneys: David B. Glazer and James A. Maysonett

An initial case management conference was held on November 5, 2014, at 2:00 p.m. A further case management conference was set for February 25, 2015, at 2:00 p.m. The parties shall file their joint case management statement by February 18, 2015. In that statement, Plaintiffs shall indicate to the Court whether Plaintiffs will bring a motion to challenge the adequacy of the administrative record.

The Court set the following case schedule:

DEADLINE FOR DEFENDANTS TO FILE ADMINISTRATIVE RECORD is January 30, 2015.

DEADLINE FOR PLAINTIFFS TO CHALLENGE ADEQUACY OF ADMINISTRATIVE
        RECORD is March 31, 2015.

If Plaintiffs file a motion challenging the adequacy of the administrative record, the following briefing schedule shall apply:

1

Case No.: 14-CV-02830-LHK
CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' Adequacy Motion: March 31, 2015
Defendants' Opposition: April 20, 2015
Plaintiffs' Reply: May 1, 2015
Hearing on Motion: May 21, 2015, at 1:30 p.m.

If Plaintiffs decide to file an adequacy motion, a briefing schedule for subsequent summary judgment motion(s) will be determined at the February 25, 2015, case management conference.

If Plaintiffs do not file a motion challenging the adequacy of the administrative record, the following briefing schedule shall apply:

Plaintiffs' Summary Judgment Motion: March 31, 2015
Briefs of Amici Supporting Plaintiffs: April 7, 2015
Defendants' Opposition and/or Cross-Motion for Summary Judgment: May 7, 2015
Briefs of Amici Supporting Defendants: May 14, 2015
Plaintiffs' Reply and/or Opposition: June 15, 2015
Defendants' Reply: July 7, 2015
Hearing on Motion(s): July 23, 2015, at 1:30 p.m.

Each side may file only one dispositive motion in the entire case.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-02830-LHK
CASE MANAGEMENT ORDER