UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH SHEARWATER, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>DAN ASHE, et al.,<br><br>    Defendants. | Case No.: 14-CV-02830-LHK<br><br>**ORDER FOR GOVERNMENT DEFENDANTS TO FILE STATEMENT INDICATING WHETHER THEY WILL OPPOSE AMERICAN WIND ENERGY ASSOCIATION'S MOTION TO INTERVENE** |

The American Wind Energy Association ("AWEA") has filed an unopposed Motion to Intervene as a defendant in this case. ECF No. 33. Plaintiffs have filed a statement indicating that they do not oppose AWEA's intervention. ECF No. 36.

As a result, the Court hereby ORDERS the government defendants by January 22, 2015 to file a statement indicating whether they intend to file an Opposition to AWEA's Motion to Intervene on January 27, 2015.

**IT IS SO ORDERED.**


Dated: January 20, 2015

1

Case No.: 14-CV-02830-LHK
ORDER FOR GOVERNMENT DEFENDANTS TO FILE STATEMENT INDICATING WHETHER THEY WILL OPPOSE AMERICAN WIND ENERGY ASSOCIATION'S MOTION TO INTERVENE

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-02830-LHK
ORDER FOR GOVERNMENT DEFENDANTS TO FILE STATEMENT INDICATING WHETHER THEY WILL OPPOSE AMERICAN WIND ENERGY ASSOCIATION'S MOTION TO INTERVENE