United States District Court<br>Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH SHEARWATER et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAN ASHE, Director, U.S. Fish and Wildlife Service; SALLY JEWELL, Secretary, U.S. Department of the Interior,<br><br>    Defendants,<br><br>    – and –<br><br>AMERICAN WIND ENERGY ASSOCIATION,<br><br>    Defendant-Intervenor. | Case No.: 14-CV-02830-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' joint case management statement, ECF No. 41, the Court hereby CONTINUES the case management conference set for February 25, 2015, at 2:00 p.m. to July 23, 2015, at 1:30 p.m. As Plaintiffs have represented in the joint case management statement that they

1

Case No.: 14-CV-02830-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  do not intend to file a motion challenging the adequacy of the administrative record, the parties
2  shall proceed with the summary judgment briefing schedule as provided in the Court's case
3  management order of November 6, 2014.  *See* ECF No. 31 at 2.
4  **IT IS SO ORDERED.**

6  Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge