UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SHEARWATER et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAN ASHE, Director, U.S. Fish and Wildlife Service; SALLY JEWELL, Secretary, U.S. Department of the Interior,<br><br>    Defendants,<br><br>    – and –<br><br>AMERICAN WIND ENERGY ASSOCIATION,<br><br>    Defendant-Intervenor. | Case No. 14-CV-02830-LHK<br><br>**ORDER VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court are cross-motions for summary judgment filed by plaintiffs Debra Shearwater, Stephen A. Thal, Dr. Carolyn Crockett, Michael Dee, Robert M. Ferris, and American Bird Conservancy ("ABC") (collectively, "Plaintiffs") and by defendants director of the U.S. Fish

1

Case No. 14-CV-02830-LHK
ORDER VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE

and Wildlife Service ("FWS") Dan Ashe and secretary of the U.S. Department of the Interior ("DOI") Sally Jewell (collectively, "Federal Defendants") and defendant-intervenor American Wind Energy Association ("AWEA").  ECF No. 52 ("Pls. MSJ"); ECF No. 64 ("AWEA MSJ"); ECF No. 65 ("Fed. Defs. MSJ").

The Court finds these motions suitable for decision without oral argument under Civil Local Rule 7-1(b) and hereby VACATES the motion hearing set for July 23, 2015, at 1:30 p.m. The case management conference set for that date and time is hereby CONTINUED to August 26, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-02830-LHK
ORDER VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE