UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SHEARWATER et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAN ASHE, Director, U.S. Fish and Wildlife Service; SALLY JEWELL, Secretary, U.S. Department of the Interior,<br><br>　　　　Defendants,<br><br>　　– and –<br><br>AMERICAN WIND ENERGY ASSOCIATION,<br><br>　　　　Defendant-Intervenor. | Case No. 14-CV-02830-LHK<br><br>**JUDGMENT** |

For the reasons stated in the Court's August 11, 2015 order, *see* ECF No. 73, the Clerk shall enter judgment in favor of Plaintiffs as to Plaintiffs' claim under the National Environmental Policy Act and enter judgment in favor of Defendants Dan Ashe and Sally Jewell and Defendant-

1

Case No. 14-CV-02830-LHK
JUDGMENT

1   Intervenor American Wind Energy Association as to Plaintiffs' claim under the Endangered
2   Species Act.
3       The Clerk shall close the case file.
4   **IT IS SO ORDERED.**

6   Dated: August 11, 2015

                                        _____
                                        LUCY H. KOH
                                        United States District Judge

2

Case No. 14-CV-02830-LHK
JUDGMENT